# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO.  4:04cr26-RH/WCS
                                                                                   4:06cv69-RH/WCS

RAMON ODIS LAGOS-MURILLO,

      Defendant.

_____/

## ORDER DENYING MOTION FOR JUDICIAL
## RECOMMENDATION AGAINST DEPORTATION AND § 2255 MOTION

      This matter is before the court on the magistrate judge's report and recommendation (document 80) and the objections thereto (documents 82 and 83). I have reviewed *de novo* the issues raised by the objections.   Upon consideration,

      IT IS ORDERED:

      1.  The report and recommendation is ACCEPTED and adopted as the opinion of the court.

      2.  Defendant's motion for a judicial recommendation against deportation (document 69) is DENIED.

      3.  The clerk shall enter judgment stating, "Defendant's motion, as amended,

for relief under 28 U.S.C. §2255 (document 57) is DENIED WITH PREJUDICE."


4.  The clerk shall close the file.

SO ORDERED this 30th day of August, 2007.

<u>s/Robert L. Hinkle</u>
Chief United States District Judge
