# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:04cr26-RH/WCS
  4:08cv9-RH/WCS

RAMON ODIN LAGOS-MURILLO,

    Defendant.

_____/

## ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

This matter is before the court on the magistrate judge's report and recommendation (document 102) and the objections thereto (document 103). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for relief from judgment and related relief (document 102) is DENIED. The clerk shall enter judgment and close the file.

SO ORDERED this 11th day of February, 2008.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge